THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Cory T.
 Credell, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Orangeburg County
 Lee S. Alford, Circuit Court Judge

Opinion No.  2009-MO-039
 Submitted June 24, 2009  Filed July 13,
2009  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, and Jeffrey  Bloom, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Mary
 S. Williams, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the denial of Petitioners application
 for Post-Conviction Relief.  We now dismiss the writ as improvidently
 granted.
DISMISSED AS IMPROVIDENTLY
 GRANTED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.